_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:24-cv-04028-JLS-E                                                    Date: September 11, 2024
Title: Chanel Leyva v. Midland Credit Management Inc.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Derek Davis  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                                     Attorneys Present for Defendant:

Not Present                                                                                      Not Present

**Proceedings:**          **(IN CHAMBERS) SCHEDULING ORDER**

On the Court's own motion, the Scheduling Conference set for hearing Friday, September 13, 2024 is VACATED and the following schedule is set.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.  Generally, motions should, at the time of filing, be noticed for hearing on the Court's first available motions hearing date.  (*See* http://www.cacd.uscourts.gov/honorable-josephine-l-staton) (showing closed civil motions hearing dates); *see also* Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

To conform with the Court's presumptive schedule, the schedule set forth below may have been adjusted from that proposed by the parties.  (*See* Order Setting Scheduling Conference at 2.)  These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  *See* Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:24-cv-04028-JLS-E                                    Date: September 11, 2024

Title: Chanel Leyva v. Midland Credit Management Inc.

| | |
|---|---|
| Last Day to File a Motion to Add Parties or Amend Pleadings: | **October 8, 2024** |
| Fact Discovery Cutoff: | **June 13, 2025** |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | **June 27, 2025** |
| Last Day to Serve Initial Expert Reports: | **June 27, 2025** |
| Last Day to Serve Rebuttal Expert Reports: | **July 25, 2025** |
| Last Day to Conduct Settlement Proceedings: | **August 15, 2025** |
| Expert Discovery Cutoff: | **August 22, 2025** |
| Last Day to File Daubert Motions: | **August 29, 2025** |
| Last Day to File Motions in Limine | **October 17, 2025** |
| Final Pretrial Conference (10:30 a.m.): | **November 14, 2025** |
| Preliminary Trial Estimate:[1] | **_2-3 days** |

Initials of Deputy Clerk:  dd

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.